# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
DANIELLE L KULWICKI § Case No. 13-29386
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/25/2013 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $     215,456.12

|  |  |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 77,696.61 |
| Bank service fees | 342.95 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 50,000.00 |
| Leaving a balance on hand of[1]  $ | 72,416.56 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/20/2013 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,312.28 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 8,312.28 , for a total compensation of $ 8,312.28 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 447.29 , for total expenses of $ 447.29 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/22/2017               By:/s/Peter N. Metrou, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-29386 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | DANIELLE L KULWICKI | | | | Date Filed (f) or Converted (c): | 07/25/2013 (f) |
| | | | | | 341(a) Meeting Date: | 08/19/2013 |
| For Period Ending: | 08/22/2017 | | | | Claims Bar Date: | 11/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 200.00 | 0.00 | | 0.00 | FA |
| 2. Checking Acct at Green Dot | 100.00 | 0.00 | | 0.00 | FA |
| 3. Savings at BOA | 5.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposit w Landlord | 700.00 | 0.00 | | 0.00 | FA |
| 5. Misc household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Misc clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7. Term Life insurance w/ employer | 0.00 | 0.00 | | 0.00 | FA |
| 8. 401(k) | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Back child support 20/week | 20.00 | 0.00 | | 0.00 | FA |
| 10. 2005 Chrysler Pacificia | 1,300.00 | 0.00 | | 0.00 | FA |
| 11. PI Claim | Unknown | 215,497.78 | | 215,456.12 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $5,125.00 | $215,497.78 | | $215,456.12 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Employed special counsel10/11/13 see Dkt# 25. Motion to Settle granted on 11/4/2016 see Dkt# 33. PI case is a multi-district litigation class action and Special Counsel is working on negotiating the medical liens prior to distributions can be made to class litigants and bankruptcy estate-awaiting funds. Filed Mt to Settle Final Number on 4/4/2017 see Dkt # 36.

RE PROP #      11   --   See dckt# 37

Initial Projected Date of Final Report (TFR): 12/01/2020     Current Projected Date of Final Report (TFR): 07/31/2017

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-29386 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: DANIELLE L KULWICKI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5876 |
| | Checking |
| Taxpayer ID No: XX-XXX5220 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 08/22/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/13/17 | | Lanier Yaz Settlement Fund<br>6281 Tri-Ridge Blvd.<br>Suite 300<br>Loveland, OH 45140 | Court Approved settlement on PI | | $94,576.61 | | $94,576.61 |
| | | | Gross Receipts  $100,905.13 | | | | |
| | | | Settlement Administration Cost  ($2,018.56) | 3220-000 | | | |
| | | | MDL Assessment  ($4,309.96) | 3220-000 | | | |
| | 11 | | PI Claim  $100,905.13 | 1142-000 | | | |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.16 | $94,490.45 |
| 04/28/17 | 1001 | Danielle L. Kulwicki | Debtor's Exemptions<br>PI Exemption Payment | 8100-002 | | $15,000.00 | $79,490.45 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $135.94 | $79,354.51 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $120.85 | $79,233.66 |
| 06/16/17 | | The Lanier Law Firm, PLLC<br>126 E. 56th Street, 6th Floor<br>New York, NY 10022 | Court Approved settlement on PI | | $62,748.18 | | $141,981.84 |
| | | | Gross Receipts  $71,368.09 | | | | |
| | | | Attorney Portion of MDL Assessment  ($8,619.91) | 3210-000 | | | |
| | 11 | | PI Claim  $71,368.09 | 1142-000 | | | |
| 06/19/17 | 11 | Lanier Yaz Settlement Fund<br>6281 Tri-Ridge Blvd<br>Suite 300<br>Loveland, OH 45140 | Court Approved settlement on PI<br>Balance of funds on PI Settlement (hold back release for medical liens). | 1142-000 | $43,182.90 | | $185,164.74 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Page Subtotals: $200,507.69  $15,342.95

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-29386  
Case Name: DANIELLE L KULWICKI  
Taxpayer ID No: XX-XXX5220  
For Period Ending: 08/22/2017  

Trustee Name: Peter N. Metrou, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5876  
Checking  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/29/17 | 1002 | Lanier Law Firm<br>Tower 56<br>126 East 56th Street<br>6th Floor<br>New York, NY 10022 | Court Approved Attorneys fees<br>See Dckt# 37 | 3210-000 | | $60,207.85 | $124,956.89 |
| 06/29/17 | 1003 | Lanier Law Firm<br>Tower 56<br>126 East 56th Street<br>6th Floor<br>New York, NY 10022 | Court Approved Attorneys Costs<br>See Dckt# 37 | 3220-000 | | $2,540.33 | $122,416.56 |
| 07/10/17 | 1004 | Kulwicki, Danielle L.<br>710 W. 6th Street<br>Mishawaka, IN 46544 | Surplus to Debtor<br>See court order dckt# 38 | 8200-002 | | $50,000.00 | $72,416.56 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $200,507.69 | $128,091.13 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $200,507.69 | $128,091.13 |
| Less: Payments to Debtors | $0.00 | $65,000.00 |
| Net | $200,507.69 | $63,091.13 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $0.00    $112,748.18

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5876 - Checking | $200,507.69 | $63,091.13 | $72,416.56 |
|  | $200,507.69 | $63,091.13 | $72,416.56 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $14,948.43 |
| Total Net Deposits: | $200,507.69 |
| Total Gross Receipts: | $215,456.12 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-29386-BWB  
Debtor Name: DANIELLE L KULWICKI  
Claims Bar Date: 11/20/2013  

Date: August 22, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Danielle L. Kulwicki | Administrative Payment Status: Valid To Pay | | $15,000.00 | $0.00 | $15,000.00 |
| 100 2100 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Administrative Payment Status: Valid To Pay | | $0.00 | $8,312.28 | $8,312.28 |
| 100 2200 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Administrative Payment Status: Valid To Pay | | $0.00 | $447.29 | $447.29 |
| 100 3210 | Lanier Law Firm Tower 56 126 East 56th Street 6th Floor New York, NY 10022 | Administrative Payment Status: Valid To Pay | Per c/o see Dkt # 37 | $0.00 | $60,207.85 | $60,207.85 |
| 100 3220 | Lanier Law Firm Tower 56 126 East 56th Street 6th Floor New York, NY 10022 | Administrative Payment Status: Valid To Pay | Settlement administration expenses per c/o see Dkt# 37. | $0.00 | $2,540.33 | $2,540.33 |
| 1 300 7100 | ATLAS ACQUISITIONS LLC (GE MONEY BANK) 294 UNION ST. HACKENSACK, NJ 07601 | Unsecured Payment Status: Valid To Pay | | $0.00 | $3,268.38 | $3,268.38 |
| 2 300 7100 | ATLAS ACQUISITIONS LLC (GE MONEY BANK) 294 UNION ST. HACKENSACK, NJ 07601 | Unsecured Payment Status: Valid To Pay | | $0.00 | $9,000.36 | $9,000.36 |
| 3 300 7100 | ASSET ACCEPTANCE LLC/ASSIGNEE/TARGET PO BOX 2036 WARREN MI 48090 | Unsecured Payment Status: Valid To Pay | | $0.00 | $979.01 | $979.01 |
| 4 300 7100 | UNITED CREDIT RECOVERY P.O. BOX 953245 LAKE MARY, FL 32795 | Unsecured Payment Status: Valid To Pay | | $0.00 | $439.74 | $439.74 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-29386-BWB  
Debtor Name: DANIELLE L KULWICKI  
Claims Bar Date: 11/20/2013  

Date: August 22, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | ILLINOIS BELL TELEPHONE COMPANY % AT&T SERVICES, INC KAREN A. CAVAGNARO - LEAD PARALEGAL ONE AT&T WAY, ROOM 3A104 BEDMINSTER, NJ 07921 | Unsecured Payment Status: Valid To Pay | | $196.98 | $196.98 | $196.98 |
| 6 350 7200 | JEFFERSON CAPITAL SYSTEMS LLC PURCHASED FROM RJM ACQUISITIONS, LLC PO BOX 7999 SAINT CLOUD MN 56302- ORIG BY: BANK OF AMERICA CHECKING ACCOUN | Unsecured Payment Status: Valid To Pay | | $0.00 | $497.47 | $497.47 |
| 999 8200 | Danielle L. Kulwicki 710 W. 6th Street Mishawaka, IN 46544 | Unsecured Payment Status: Valid To Pay | Court approved prepayment of surplus funds | $0.00 | $0.00 | $50,000.00 |
| | Case Totals | | | $15,196.98 | $85,889.69 | $150,889.69 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-29386
Case Name: DANIELLE L KULWICKI
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 72,416.56

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 8,312.28 | $ 0.00 | $ 8,312.28 |
| Trustee Expenses: Peter N. Metrou | $ 447.29 | $ 0.00 | $ 447.29 |
| Attorney for Trustee Fees: Lanier Law Firm | $ 60,207.85 | $ 60,207.85 | $ 0.00 |
| Other: Lanier Law Firm | $ 2,540.33 | $ 2,540.33 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 8,759.57

Remaining Balance $ 63,656.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,884.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ATLAS ACQUISITIONS LLC (GE MONEY BANK) | $ 3,268.38 | $ 0.00 | $ 3,268.38 |
| 2 | ATLAS ACQUISITIONS LLC (GE MONEY BANK) | $ 9,000.36 | $ 0.00 | $ 9,000.36 |
| 3 | ASSET ACCEPTANCE LLC/ASSIGNEE/TARGET | $ 979.01 | $ 0.00 | $ 979.01 |
| 4 | UNITED CREDIT RECOVERY | $ 439.74 | $ 0.00 | $ 439.74 |
| 5 | ILLINOIS BELL TELEPHONE COMPANY | $ 196.98 | $ 0.00 | $ 196.98 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 13,884.47 |
| Remaining Balance | $ 49,772.52 |

Tardily filed claims of general (unsecured) creditors totaling $ 497.47 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | JEFFERSON CAPITAL SYSTEMS LLC | $ 497.47 | $ 0.00 | $ 497.47 |
| | Total to be paid to tardy general unsecured creditors | | | $ 497.47 |
| | Remaining Balance | | | $ 49,275.05 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 64.58 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 49,210.47 .