## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  13-29386 |
| | ) | **CHAPTER 7** |
| **DANIELLE L. KULWICKI,** | ) | |
| Debtor(s). | ) | **JUDGE PAMELA S. HOLLIS** |
| | ) | **(Joliet)** |

### NOTICE OF MOTION

To:   See Attached Service List

### TRUSTEE'S CERTIFICATE OF SERVICE FOR
### NOTICE OF TRUSTEE'S FINAL REPORT

### PROOF OF SERVICE

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 23rd day of August, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                                  */s/ Peter N. Metrou*
                                                                 **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

SERVICE LIST

**Via First-Class Mail**

Accelerated Financial Solutions, LLC
POB 5128
Portsmouth, VA 23703-1128

ACL Laboratories
10 W. Martin Ave., Ste 005
Naperville, IL 60540-6535

AMLI At Naperville
Community Bookkepper
803 Corday Dr.
Naperville, IL 60540-3970

Armor Systems Co.
1700 Kiefer Dr., Ste 1
Zion, IL 60099-5105

Arrow Financial Services LLC
c/o The Shindler Law Firm
1990 E. Algonquin Rd., Ste 180
Schaumburg, IL 60173-4164

ASSET ACCEPTANCE
LLC/ASSIGNEE/TARGET
PO BOX 2036
WARREN MI 48090-2036

Asset Acceptance,LLC
POB 1630
Warren, MI 48090-1630

AT&T
PO Box 55126
Boston, MA  02205-5126

ATG Credit
1700 W. Corland St., Ste 201
Chicago, IL 60622-1166

Atlas Acquisitions LLC  (GE Money Bank)
294 Union St.
Hackensack, NJ 07601-4303

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

Aurora Central Catholic High School
1255 N. Edgelawn Dr.
Aurora, IL 60506-1673

Bank of America
POB 851001
Dallas, TX 75285-1001

Best Buy
c/o Certegy Payment Recovery Services
11601 Roosevelt Blvd.
St. Petersburg, FL 33716-2202

Big Hill GMAC
c/o Accounts Recovery Consultant
POB 341
Dayton, OH 45409-0341

Bill Kay Chrysler
C/0 Certegy Payment Recovery Services
P.O. Box 30031
Tampa, FL 33630-3031

Carson's
P.O. Box 30253
Salt Lake City, UT 84130-0253

Certegy Payment Recovery Services, Inc.
P.O. Box 30031
Tampa, FL 33630-3031

Charles G. McCarthy & Associates
POB 2747
Bloomington, FL 61702

Comcast
POB 3002
Southeastern, PA 19398-3002

ComEd
POB 6111
Carol Stream, IL 60197-6111

Credit Protection Association, L.P.
13355 Noel Rd.
Dallas, TX 75240-6837

Creditors Collection Bureau, Inc.
POB 1022
Wixom, MI 48393-1022

Danielle L Kulwicki
2443 Sheehan Drive
Unit 101
Naperville, IL 60564-4892

Dependon Collection Services
POB 4833
Oak Brook, IL 60522-4833

DuPage Urology
1259 Rickert Dr., Ste 200
Naperville, IL 60540-8941

DuPage Valley Anesthesia
185 Penny Ave.
East Dundee, IL 60118-1455

SERVICE LIST

| | | |
|---|---|---|
| Effingham Dental Group<br>c/o Eagle Recovery Associates, Inc.<br>424 SW Washington St., 3rd Floor<br>Peoria, IL 61602-5147 | Fair Collections & Outsourcing<br>12304 Baltimore Ave., Ste E<br>Beltsville, MD 20705-1314 | Family First Dental, L.L.C.<br>28365 Davis Parkway<br>Warrenville, IL 60555-3034 |
| First Bank Of Delaware<br>C/O MCM<br>P.O. Box 603<br>Oaks, PA 19456-0603 | First National Collection<br>Bureau, Inc.<br>610 Waltham Way<br>Sparks, NV 89434-6695 | Frank Atkinson, LCSW<br>1831 Bay Scott Circle, Ste 105<br>Naperville, IL 60540-1115 |
| GE Capital Retail Bank<br>Attn: Banckruptcy Department<br>POB 103104<br>Roswell, GA 30076-9104 | Grand Reserve of Naperville<br>c/o Hunter Warfield<br>POB 41309<br>Nashville, TN 37204-1309 | Hallmart Specialty<br>c/o TRS Recovery Services, Inc.<br>5251 Westheimer<br>Houston, TX 77056-5412 |
| Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jewel/Osco<br>c/o Commercial Check Control<br>7250 Beverly Blvd., Ste 200<br>Los Angeles, CA 90036-2560 |
| Kelly Contant<br>77 S. LaGrange Rd.<br>LaGrange, IL 60525-2469 | Kulwicki Danielle L<br>2443 Sheehan Dr Unit 101<br>Naperville, IL 60564-4892 | L. Donald Huelson, CHTD., P.A.<br>16029 S. Bradley<br>Olathe, KS 66062-3932 |
| Laboratory & Pathology Diagnostics, LLC<br>POB 4387<br>Carol Stream, IL 60122-4387 | Naperville Radiologists, S.C. 6910 S. Madison St. Willowbrook, IL 60527-5504 | Legacy At Fox Valley<br>3750 E. New York St.<br>Aurora, IL 60504-8195 |
| Law Offices Of Raymond E. Clutts, P.C.<br>830 N. Meacham Rd., Ste. 114<br>Schaumburg, IL 60173-5477 | Linden Oaks At Edward<br>POB 5995<br>Peoria, IL 61601-5995 | LVNV Funding, LLC<br>P.O. Box 10497<br>Greenville, SC 29603-0497 |
| LVNV Funding, LLC<br>P.O. Box 740281<br>Houston, TX 77274-0281 | Marshall Clinic Effingham<br>POB 1268<br>Effingham, IL 62401-1268 | Merchants Credit Guide<br>223 W. Jackson Blvd., Ste. 700<br>Chicago, IL 60606-6914 |
| Midland Credit Management, Inc.<br>POB 8870<br>Los Angeles, CA 90084-0001 | Midland Funding, LLC<br>8875 Aero Dr., Ste 200<br>San Diego, CA 92123-2255 | Midwest Digestive Disease Specialist<br>1259 Rickert Dr.<br>Naperville, IL 60540-8943 |

SERVICE LIST

NCO Financial Systems, Inc.
POB 17216, Dept 64
Wilmington, DE 19850-7216

Nicor Gas
POB 5407
Carol Stream, IL 60197-5407

OSI Collection Services, Inc.
P.O. Box 959
Brookfield, WI 53008-0959

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Wow Internet Cable & Phone
C/O CMI
P.O. Box 118288
Carrollton, TX 75011-8288

Redflex Traffic Systems
c/o Penn Credit
POB 988
Harrisburg, PA 17108-0988

Richard Rodriquez
4S561 Radcliff Rd.
Naperville, IL 60563-1532

RJM Acquisitions, LLC
575 Underhill Blvd., Ste 224
Syosset, NY 11791-3416

Ruddy & King LLC
2631 Ginger Woods Parkway Suite 101
Aurora, IL 60502-7429

Shawn R. Long, D.D.S., P.C.
16329 State Road 23
South Bend, IN 46635-1457

Sherman Oaks Dendal
1100 Sherman Ave., Ste. 103
Naperville, IL 60563-4855

South Bond Roofing Company
1138 W. Washington Ave.
South Bend, IN 46601-1433

State Collection Services
2509 S. Stoughton Rd.
Madison, WI 53716-3314

Surgical Practice Ltd.
1980 Three Farms Ave., Ste 108
Naperville, IL 60540-1136

Target
POB 673
Minneapolis, MN 55440-0673

TCF Bank
c/o Professional Account Management, LLC
POB 391
Milwaukee, IL 53201-0391

Tribute MasterCard
c/o Midland Funding
8875 Aero Dr., Ste 200
San Diego, CA 92123-2255

Trident Asset Management
POB 888424
Atlanta, GA 30356-0424

Edward Health Ventures
3471 Eagle Way
Chicago, IL 60678-1034

United Credit Recovery
P.O. Box 953245
Lake Mary, FL 32795-3245

United States Postal Service
c/o Allianceone
POB 2449
Gig Harbor, WA 98335-4449

Edward Hospital
801 S. Washington St.
Naperville, IL 60540-7499

Edward Medical Group
120 Spalding Dr., #303
Naperville, IL 60540-6557

USA Funds
POB 6180
Indianapolis, IN 46206-6180

Village Green Management
343 S. Dearborn Ave., Ste 203
Chicago, IL 60604-4474

Naperville Radiologists, S.C.
801 S. Washington St.
Naperville, IL 60540-7430

Monarch Recovery Management, Inc.
10965 Decatur Rd.
Philadelphia, PA 19154-3210

SERVICE LIST

**Via ECF**

Lincoln M King
Ruddy, King & Petersen Law Group, LLC
2631 Ginger Woods Parkway
Suite 101
Aurora, IL 60502-7429

Patrick S. Layng, U.S. Trustee
219 S. Dearbornm Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
DANIELLE L KULWICKI § Case No. 13-29386
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/22/2017 in Courtroom ,
Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/23/2017            By: /s/ Peter N. Metrou
                                              Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| DANIELLE L KULWICKI | § | Case No. 13-29386 |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 215,456.12 |
| and approved disbursements of | $ | 143,039.56 |
| leaving a balance on hand of[1] | $ | 72,416.56 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 8,312.28 | $ 0.00 | $ 8,312.28 |
| Trustee Expenses: Peter N. Metrou | $ 447.29 | $ 0.00 | $ 447.29 |
| Attorney for Trustee Fees: Lanier Law Firm | $ 60,207.85 | $ 60,207.85 | $ 0.00 |
| Other: Lanier Law Firm | $ 2,540.33 | $ 2,540.33 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 8,759.57 |
| Remaining Balance | $ 63,656.99 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,884.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ATLAS ACQUISITIONS LLC (GE MONEY BANK) | $ 3,268.38 | $ 0.00 | $ 3,268.38 |
| 2 | ATLAS ACQUISITIONS LLC (GE MONEY BANK) | $ 9,000.36 | $ 0.00 | $ 9,000.36 |
| 3 | ASSET ACCEPTANCE LLC/ASSIGNEE/TARGET | $ 979.01 | $ 0.00 | $ 979.01 |
| 4 | UNITED CREDIT RECOVERY | $ 439.74 | $ 0.00 | $ 439.74 |
| 5 | ILLINOIS BELL TELEPHONE COMPANY | $ 196.98 | $ 0.00 | $ 196.98 |
| | Total to be paid to timely general unsecured creditors | | $ | 13,884.47 |
| | Remaining Balance | | $ | 49,772.52 |

Tardily filed claims of general (unsecured) creditors totaling $ 497.47 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | JEFFERSON CAPITAL SYSTEMS LLC | $ 497.47 | $ 0.00 | $ 497.47 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 497.47 |
| Remaining Balance | $ 49,275.05 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 64.58 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 49,210.47 .

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.