UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          §
                                                §
                                                §
DANIELLE L KULWICKI                             §     Case No. 13-29386
                                                §
                                                §
        Debtor                                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 20,125.00 |
| Total Distributions to Claimants: 14,446.52 | Claims Discharged<br>Without Payment: 62,661.18 |
| Total Expenses of Administration: 86,799.13 | |

    3) Total gross receipts of $ 215,456.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 114,210.47 (see **Exhibit 2**), yielded net receipts of $ 101,245.65 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 86,799.13 | 86,799.13 | 86,799.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 62,858.16 | 14,381.94 | 14,381.94 | 14,446.52 |
| **TOTAL DISBURSEMENTS** | $ 62,858.16 | $ 101,181.07 | $ 101,181.07 | $ 101,245.65 |

4)  This case was originally filed under chapter 7 on 07/25/2013 . The case was pending for 52 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/26/2017          By:/s/Peter N. Metrou, Trustee
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI Claim | 1142-000 | 215,456.12 |
| **TOTAL GROSS RECEIPTS** | | **$215,456.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Danielle L. Kulwicki | Exemptions | 8100-002 | 15,000.00 |
| Danielle L. Kulwicki | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 49,210.47 |
| Kulwicki, Danielle L. | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 50,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 114,210.47** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 8,312.28 | 8,312.28 | 8,312.28 |
| Peter N. Metrou | 2200-000 | NA | 447.29 | 447.29 | 447.29 |
| Associated Bank | 2600-000 | NA | 342.95 | 342.95 | 342.95 |
| Attorney Portion of MDL Assessment | 3210-000 | NA | 8,619.91 | 8,619.91 | 8,619.91 |
| Lanier Law Firm | 3210-000 | NA | 60,207.85 | 60,207.85 | 60,207.85 |
| Lanier Law Firm | 3220-000 | NA | 2,540.33 | 2,540.33 | 2,540.33 |
| MDL Assessment | 3220-000 | NA | 4,309.96 | 4,309.96 | 4,309.96 |
| Settlement Administration Cost | 3220-000 | NA | 2,018.56 | 2,018.56 | 2,018.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 86,799.13 | $ 86,799.13 | $ 86,799.13 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMLI At Naperville Community Bookkepper 803 Corday Dr. Naperville, IL 60540 | | 4,522.01 | NA | NA | 0.00 |
| | Bill Kay Chrysler C/0 Certegy Payment Recovery Services P.O. Box 30031 Tampa, FL 33630 | | 255.76 | NA | NA | 0.00 |
| | Carson's P.O. Box 30253 Salt Lake City, UT  84130 | | 107.15 | NA | NA | 0.00 |
| | Certegy Payment Recovery Services, Inc. P.O. Box 30031 Tampa, FL  33630 | | 0.00 | NA | NA | 0.00 |
| | Edward Health Ventures 3471 Eagle Way Chicago, IL 60678 | | 347.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Edward Hospital 801 S. Washington St. Naperville, IL 60540 | | 7,120.56 | NA | NA | 0.00 |
| | Edward Hospital 801 S. Washington St. Naperville, IL 60540 | | 2,643.19 | NA | NA | 0.00 |
| | Edward Hospital 801 S. Washington St. Naperville, IL 60540 | | 1,934.37 | NA | NA | 0.00 |
| | Edward Hospital 801 S. Washington St. Naperville, IL 60540 | | 3,596.31 | NA | NA | 0.00 |
| | Edward Hospital 801 S. Washington St. Naperville, IL 60540 | | 26,579.00 | NA | NA | 0.00 |
| | Edward Hospital 801 S. Washington St. Naperville, IL 60540 | | 10.00 | NA | NA | 0.00 |
| | Edward Hospital 801 S. Washington St. Naperville, IL 60540 | | 3,197.06 | NA | NA | 0.00 |
| | Edward Hospital 801 S. Washington St. Naperville, IL 60540 | | 849.22 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Bank Of Delaware C/O MCM P.O. Box 603 Oaks, PA 19456 | | 1,062.69 | NA | NA | 0.00 |
| | L. Donald Huelson, CHTD., P.A. 16029 S. Bradley Olathe, KS  66062 | | 0.00 | NA | NA | 0.00 |
| | Law Offices Of Raymond E. Clutts, P.C. 830 N. Meacham Rd., Ste. 114 Schaumburg, IL 60173 | | 0.00 | NA | NA | 0.00 |
| | LVNV Funding, LLC P.O. Box 10497 Greenville, SC 29603 | | 0.00 | NA | NA | 0.00 |
| | LVNV Funding, LLC P.O. Box 740281 Houston, TX 77274 | | 8,579.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W. Jackson Blvd., Ste. 700 Chicago, IL  60606 | | 0.00 | NA | NA | 0.00 |
| | OSI Collection Services, Inc. P.O. Box 959 Brookfield, WI 53008 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sherman Oaks Dendal 1100 Sherman Ave., Ste. 103 Naperville, IL 60563 | | 1,685.23 | NA | NA | 0.00 |
| | Wow Internet Cable & Phone C/O CMI P.O. Box 118288 Carrollton, TX 75011 | | 172.63 | NA | NA | 0.00 |
| 3 | ASSET ACCEPTANCE LLC/ASSIGNEE/TARGET | 7100-000 | NA | 979.01 | 979.01 | 979.01 |
| 1 | ATLAS ACQUISITIONS LLC (GE MONEY BANK) | 7100-000 | NA | 3,268.38 | 3,268.38 | 3,268.38 |
| 2 | ATLAS ACQUISITIONS LLC (GE MONEY BANK) | 7100-000 | NA | 9,000.36 | 9,000.36 | 9,000.36 |
| 5 | ILLINOIS BELL TELEPHONE COMPANY | 7100-000 | 196.98 | 196.98 | 196.98 | 196.98 |
| 4 | UNITED CREDIT RECOVERY | 7100-000 | NA | 439.74 | 439.74 | 439.74 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC | 7200-000 | NA | 497.47 | 497.47 | 497.47 |
| | ASSET ACCEPTANCE LLC/ASSIGNEE/TARGET | 7990-000 | NA | NA | NA | 4.40 |
| | ATLAS ACQUISITIONS LLC (GE MONEY BANK) | 7990-000 | NA | NA | NA | 55.10 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ILLINOIS BELL TELEPHONE COMPANY | 7990-000 | NA | NA | NA | 0.88 |
| | JEFFERSON CAPITAL SYSTEMS LLC | 7990-000 | NA | NA | NA | 2.23 |
| | UNITED CREDIT RECOVERY | 7990-000 | NA | NA | NA | 1.97 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 62,858.16 | $ 14,381.94 | $ 14,381.94 | $ 14,446.52 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-29386 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | DANIELLE L KULWICKI | | | | Date Filed (f) or Converted (c): | 07/25/2013 (f) |
| | | | | | 341(a) Meeting Date: | 08/19/2013 |
| For Period Ending: | 10/26/2017 | | | | Claims Bar Date: | 11/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 200.00 | 0.00 | | 0.00 | FA |
| 2. Checking Acct at Green Dot | 100.00 | 0.00 | | 0.00 | FA |
| 3. Savings at BOA | 5.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposit w Landlord | 700.00 | 0.00 | | 0.00 | FA |
| 5. Misc household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Misc clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7. Term Life insurance w/ employer | 0.00 | 0.00 | | 0.00 | FA |
| 8. 401(k) | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Back child support 20/week | 20.00 | 0.00 | | 0.00 | FA |
| 10. 2005 Chrysler Pacificia | 1,300.00 | 0.00 | | 0.00 | FA |
| 11. PI Claim | Unknown | 215,497.78 | | 215,456.12 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)           $5,125.00           $215,497.78           $215,456.12           $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Employed special counsel10/11/13 see Dkt# 25. Motion to Settle granted on 11/4/2016 see Dkt# 33. PI case is a multi-district litigation class action and Special Counsel is working on negotiating the medical liens prior to distributions can be made to class litigants and bankruptcy estate-awaiting funds. Filed Mt to Settle Final Number on 4/4/2017 see Dkt # 36.

RE PROP #       11    --   See dckt# 37

Initial Projected Date of Final Report (TFR): 12/01/2020          Current Projected Date of Final Report (TFR): 07/31/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-29386 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: DANIELLE L KULWICKI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5876 |
| | Checking |
| Taxpayer ID No: XX-XXX5220 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/26/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/13/17 | | Lanier Yaz Settlement Fund<br>6281 Tri-Ridge Blvd.<br>Suite 300<br>Loveland, OH 45140 | Court Approved settlement on PI | | $94,576.61 | | $94,576.61 |
| | | | Gross Receipts  $100,905.13 | | | | |
| | | | Settlement Administration Cost  ($2,018.56) | 3220-000 | | | |
| | | | MDL Assessment  ($4,309.96) | 3220-000 | | | |
| | 11 | | PI Claim  $100,905.13 | 1142-000 | | | |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.16 | $94,490.45 |
| 04/28/17 | 1001 | Danielle L. Kulwicki | Debtor's Exemptions PI Exemption Payment | 8100-002 | | $15,000.00 | $79,490.45 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $135.94 | $79,354.51 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $120.85 | $79,233.66 |
| 06/16/17 | | The Lanier Law Firm, PLLC<br>126 E. 56th Street, 6th Floor<br>New York, NY 10022 | Court Approved settlement on PI | | $62,748.18 | | $141,981.84 |
| | | | Gross Receipts  $71,368.09 | | | | |
| | | | Attorney Portion of MDL Assessment  ($8,619.91) | 3210-000 | | | |
| | 11 | | PI Claim  $71,368.09 | 1142-000 | | | |
| 06/19/17 | 11 | Lanier Yaz Settlement Fund<br>6281 Tri-Ridge Blvd<br>Suite 300<br>Loveland, OH 45140 | Court Approved settlement on PI<br>Balance of funds on PI Settlement (hold back release for medical liens). | 1142-000 | $43,182.90 | | $185,164.74 |
| | | | Page Subtotals: | | $200,507.69 | $15,342.95 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-29386 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | DANIELLE L KULWICKI | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5876 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5220 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 10/26/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/29/17 | 1002 | Lanier Law Firm<br>Tower 56<br>126 East 56th Street<br>6th Floor<br>New York, NY 10022 | Court Approved Attorneys fees<br>See Dckt# 37 | 3210-000 | | $60,207.85 | $124,956.89 |
| 06/29/17 | 1003 | Lanier Law Firm<br>Tower 56<br>126 East 56th Street<br>6th Floor<br>New York, NY 10022 | Court Approved Attorneys Costs<br>See Dckt# 37 | 3220-000 | | $2,540.33 | $122,416.56 |
| 07/10/17 | 1004 | Kulwicki, Danielle L.<br>710 W. 6th Street<br>Mishawaka, IN 46544 | Surplus to Debtor<br>See court order dckt# 38 | 8200-002 | | $50,000.00 | $72,416.56 |
| 09/25/17 | 1005 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $8,759.57 | $63,656.99 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($8,312.28) | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($447.29) | 2200-000 | | |
| 09/25/17 | 1006 | ATLAS ACQUISITIONS LLC (GE MONEY BANK)<br>294 UNION ST.<br>HACKENSACK, NJ 07601 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $3,283.06 | $60,373.93 |
| | | | | ($14.68) | 7990-000 | | |
| | | ATLAS ACQUISITIONS LLC (GE MONEY BANK) | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($3,268.38) | 7100-000 | | |
| 09/25/17 | 1007 | ATLAS ACQUISITIONS LLC (GE MONEY BANK)<br>294 UNION ST.<br>HACKENSACK, NJ 07601 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $9,040.78 | $51,333.15 |
| | | | | ($40.42) | 7990-000 | | |

| | | | Page Subtotals: | | $0.00 | $133,831.59 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-29386 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: DANIELLE L KULWICKI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5876 |
| | Checking |
| Taxpayer ID No: XX-XXX5220 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/26/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | ATLAS ACQUISITIONS LLC (GE MONEY BANK) | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($9,000.36) 7100-000 | | | |
| 09/25/17 | 1008 | ASSET ACCEPTANCE LLC/ASSIGNEE/TARGET PO BOX 2036 WARREN MI 48090 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $983.41 | $50,349.74 |
| | | | | ($4.40) 7990-000 | | | |
| | | ASSET ACCEPTANCE LLC/ASSIGNEE/TARGET | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($979.01) 7100-000 | | | |
| 09/25/17 | 1009 | UNITED CREDIT RECOVERY 5224 West State Road 46 Suite 319 Sanford, FL 32771 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $441.71 | $49,908.03 |
| | | | | ($1.97) 7990-000 | | | |
| | | UNITED CREDIT RECOVERY | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($439.74) 7100-000 | | | |
| 09/25/17 | 1010 | ILLINOIS BELL TELEPHONE COMPANY % AT&T SERVICES, INC KAREN A. CAVAGNARO - LEAD PARALEGAL ONE AT&T WAY, ROOM 3A104 BEDMINSTER, NJ 07921 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $197.86 | $49,710.17 |
| | | | | ($0.88) 7990-000 | | | |
| | | ILLINOIS BELL TELEPHONE COMPANY | Final distribution to claim 5 representing a payment of 100.00 % per court order. | ($196.98) 7100-000 | | | |
| 09/25/17 | 1011 | JEFFERSON CAPITAL SYSTEMS LLC PURCHASED FROM RJM ACQUISITIONS, LLC PO BOX 7999 SAINT CLOUD MN 56302- ORIG BY: BANK OF AMERICA CHECKING ACCOUN | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $499.70 | $49,210.47 |

| | | | Page Subtotals: | | $0.00 | $2,122.68 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-29386 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: DANIELLE L KULWICKI | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5876 |
| | Checking |
| Taxpayer ID No: XX-XXX5220 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/26/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | | ($2.23) 7990-000 | | | |
| | | JEFFERSON CAPITAL SYSTEMS LLC | Final distribution to claim 6 representing a payment of 100.00 % per court order. | ($497.47) 7200-000 | | | |
| 09/25/17 | 1012 | Danielle L. Kulwicki<br>710 W. 6th Street<br>Mishawaka, IN 46544 | Distribution of surplus funds to debtor. | 8200-002 | | $49,210.47 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $200,507.69 | $200,507.69 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $200,507.69 | $200,507.69 |
| Less: Payments to Debtors | $0.00 | $114,210.47 |
| Net | $200,507.69 | $86,297.22 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*    Page Subtotals: $0.00    $49,210.47

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5876 - Checking | $200,507.69 | $86,297.22 | $0.00 |
| | $200,507.69 | $86,297.22 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $14,948.43 |
| **Total Net Deposits:** | **$200,507.69** |
| **Total Gross Receipts:** | **$215,456.12** |